478 A.2d 132

Commonwealth v. Carelock, Appellant.
Petition for Allowance of Appeal
Denied Jan. 9, 1985.

Submitted February 24, 1984. Susan C. DeYoung, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.